

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES E. JOHNSON
*Corporation Counsel*

DANIEL G. SAAVEDRA
*Senior Counsel*
phone: (212) 356-0892
fax: (212) 356-3509
dsaavedr@law.nyc.gov

January 31, 2020

**BY E.C.F.**
Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Avion Stinson v. City of New York, et al.*, 18 Civ. 27 (LAK)(BCM)

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced matter. Defendants write in response to the Court's January 28, 2020 Order to respectfully inform the Court that defendants will withdraw their motion for summary judgment, without prejudice, and will file an updated motion to address the claims in the Amended Complaint. To that end, defendants respectfully purpose the following briefing schedule:

- Summary Judgment Motion filed by March 6, 2020;
- Plaintiff's Opposition filed by April 10, 2020;
- Reply filed by April 27, 2020.

Defendants thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Daniel Saavedra

Daniel G. Saavedra
*Senior Counsel*
Special Federal Litigation Division

> Application GRANTED. Defendant's motion at Dkt. No. 94 is deemed WITHDRAWN. If plaintiff needs additional time to respond to the updated motion, she may so request by letter. The Clerk of Court is respectfully directed to mail a copy of this order to Avion Stinson. SO ORDERED.
>
> /s/ Barbara Moses
> Barbara Moses, U.S.M.J.
> January 31, 2020

cc: Avion Stinson – *pro se* plaintiff (by first class mail)
560 Winthrop Street
Brooklyn, NY 11203