UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVION STINSON,

    Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

    Defendants.

18-CV-0027 (LAK) (BCM)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2020

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the two letters and the "Notice of Intent to Sue" filed by plaintiff Avion Stinson on February 5, 2020. (Dkt. Nos. 114, 115, 116.)

    To the extent that plaintiff's letter at Dkt. No. 114 seeks reconsideration of the Order dated January 31, 2020 (Dkt. No. 113), granting defendants' request to withdraw and refile their motion for summary judgment, plaintiff's motion is DENIED.

    To the extent that plaintiff's Notice of Intent to Sue at Dkt. No. 115 seeks leave to further amend her Amended Complaint (Dkt. No. 29), that motion is also DENIED. Plaintiff has not shown good cause why the wholly unrelated parties and claims described in her Notice should be added to this action, in which the deadline for amendments was June 29, 2018 (*see* Dkt. No. 20, ¶ 1) and discovery closed on May 1, 2019 (*see* Dkt. Nos. 90, 91). *See Parker v. Columbia Pictures Indus.*, 204 F.3d 326, 340 (2d Cir. 2000) (a court may deny a motion for leave to amend a pleading pursuant to Fed. R. Civ. P. 16(b)(4) if the motion was made "after the deadline set in the scheduling order" and "the moving party has failed to establish good cause").

    Plaintiff's request for a conference made in her letter at Dkt. No. 116 is GRANTED. Judge Moses will hold a status conference on **March 11, 2020, at 11:00 a.m.**, in Courtroom 20A.

    Plaintiff is again encouraged to seek the assistance of the NYLAG Legal Clinic for Pro Se Litigants, located at the Thurgood Marshal United States Courthouse, 40 Foley Square, Room LL22, in preparing her opposition to defendants' summary judgment motion.

    The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff Avion Stinson.

Dated: New York, New York
       February 18, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**