

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES E. JOHNSON
*Corporation Counsel*

DANIEL G. SAAVEDRA
*Senior Counsel*
(212) 356-0892
(212) 356-3509
lr@law.nyc.gov

**MEMO ENDORSED**

February 18, 2020

**BY E.C.F.**
Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. The conference scheduled for March 11, 2020, is ADJOURNED to **March 17, 2020, at 10:00 a.m.**, in Courtroom 20A. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> February 18, 2020

Re: *Avion Stinson v. City of New York, et al.*, 18 Civ. 27 (LAK)(BCM)

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced matter. Defendants write to respectfully request an adjournment of the status conference presently scheduled for March 11, 2020. The reason for this request is that the undersigned is presently scheduled to attend a settlement conference before Magistrate Judge Aaron on March 11, 2020 at 10:00 A.M on a separate matter. This is defendants' first request for an adjournment of the March 11, 2020 conference. Plaintiff *pro se* does not consent to this adjournment because "[the undersigned's] presence is not even required" at the March 11, 2020 conference given that plaintiff's only intention at the conference is to provide the Court with evidence regarding another civil lawsuit against law enforcement personnel.[1]

      Defendants thank the Court for its attention to this matter.

Respectfully submitted,

_____
Daniel G. Saavedra
*Senior Counsel*
Special Federal Litigation Division

cc: Avion Stinson – *pro se* plaintiff (by first class mail)
     560 Winthrop Street, Brooklyn, NY 11203

---

[1] If plaintiff is to be taken at her word, defendants respectfully submit that a status conference in this matter would be unnecessary and respectfully request that the Court adjourn the conference, *sine die*.