UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



AVION STINSON,

        Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

        Defendants.

18-CV-0027 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The status conference scheduled for **March 17, 2020, at 10:00 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

    Call in number:    888-363-4749
    Access Code:     7185839

Dated: New York, New York
       March 13, 2020

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**