UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AVION STINSON,

       Plaintiff,

                         18-CV-00027 (LAK)

  -against-

C.O. REGINALD ROTHWELL AND
C.O. GREGORY LOPEZ,

       Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

  It has come to the Court's attention that there is no explicit notation on the docket to show that Magistrate Judge Barbara Moses's report and recommendation (Dkt. 151) and my order on defendants' motion for summary judgment (Dkt. 152) were mailed to plaintiff Stinson at her address listed with the Court. Although Stinson was mailed the Clerk's Rule 54(b) judgment (Dkt. 153) which conveyed the substance of my order, to ensure that she has a full opportunity to be heard on her claims, the Court grants Stinson an additional three weeks, until **January 10, 2022**, to submit any objections to the report and recommendation.

  The Clerk of Court is respectfully directed to mail a copy of this order, the report and recommendation (Dkt. 151), and the Court's order on summary judgment (Dkt. 152) to Stinson at the most recent address on file.

  SO ORDERED.

Dated:  December 20, 2021

                           Lewis A. Kaplan
                          United States District Judge