UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

AVION STINSON,

                Plaintiff,

-against-                                      18-cv-0027 (LAK)

THE CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------x

Copy mailed by chambers to:
Avion Stinson
560 Winthrop Street
Brooklyn, NY 11203
AM

## ORDER

Lewis A. Kaplan, *District Judge*.

        In view of the circumstances created by the pandemic, the Court is not able at this time to set a specific trial date. It will, however, request a trial date during the period April 1, 2022 through June 30, 2022. The parties will be advised promptly whether and when the case is scheduled for trial.

        The parties are reminded that the only claim that remains to be tried is plaintiff's excessive force claim against COs Rothwell and Lopez with respect to the alleged incident in the bathroom of the GMDC medical clinic on the morning of July 17, 2015.

        On or before March 15, 2022, the parties each shall file a list of the witnesses they or she intend to call and the exhibits that they intend to offer on their cases in chief. Absent good cause, no witness who is not identified on those lists will be permitted to testify and no exhibit not there listed will be received in evidence. Failure to comply with this order may results in sanctions, which may be case dispositive.

        SO ORDERED.

Dated:      January 26, 2022

                                                        Lewis A. Kaplan
                                                 United States District Judge