```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

Avion Stinson,
          Plaintiffs,

   -against-                   18-cv-27(LAK)

The City Of New York, et al.,
          Defendants.
- - - - - - - - - - - - - - - - x

copies mailed 3/4/22
Chambers of Judge Kaplan

## Trial Order

     The Clerks Office is scheduled to provide the Court a jury panel for this case on Thursday, April 28, 2022. On that day, the parties must be present in Courtroom 12B by 9:30 AM ready to begin jury selection and proceed immediately to trial.

     You are instructed to take the following steps in connection with the trial.

     1.   At the commencement of trial, a complete set of documentary exhibits numbered in uniformity with the list of exhibits due to the Court by March 15, 2022 as per the January 26, 2022 order (see attached). Plaintiff pro se and counsel should also have for the Judge copies of any depositions which are to be read in a jury case.

     2.   Plaintiff pro se and counsel are expected to have all necessary witnesses on hand to commence and continue trial. The court cannot commit itself to wait for witnesses. THE FAILURE TO HAVE A WITNESS READY TO PROCEED MAY RESULT IN THE PARTY RESTING ITS CASE.

     3.   PRIOR TO THE TRIAL, ALL EXHIBITS MUST BE IDENTIFIED AS DIRECTED BY THE COURT'S JANUARY 26, 2022 ORDER, PRE-MARKED, AND EXCHANGED BETWEEN THE PARTIES.

     4, Lastly, plaintiff pro se and counsel will schedule an appointment with the courtroom deputy, Andrew Mohan at 212-805-0104, in order to familiarize themselves with the electronic courtroom evidence presentation system in courtroom 21B.

Dated:    March 3, 2022

                                         _____
                                         Lewis A. Kaplan
                                       United States District Judge

Case 1:18-cv-00027-LAK-BCM Document 160 Filed 01/26/22 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
AVION STINSON,

                       Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                       Defendants.
------------------------------------------------x

Copy mailed by chambers to:
Avion Stinson
560 Winthrop Street
Brooklyn, NY 11203
AM

18-cv-0027 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge*.

       In view of the circumstances created by the pandemic, the Court is not able at this time to set a specific trial date. It will, however, request a trial date during the period April 1, 2022 through June 30, 2022. The parties will be advised promptly whether and when the case is scheduled for trial.

       The parties are reminded that the only claim that remains to be tried is plaintiff's excessive force claim against COs Rothwell and Lopez with respect to the alleged incident in the bathroom of the GMDC medical clinic on the morning of July 17, 2015.

       On or before March 15, 2022, the parties each shall file a list of the witnesses they or she intend to call and the exhibits that they intend to offer on their cases in chief. Absent good cause, no witness who is not identified on those lists will be permitted to testify and no exhibit not there listed will be received in evidence. Failure to comply with this order may results in sanctions, which may be case dispositive.

       SO ORDERED.

Dated:     January 26, 2022

                                                      */s/ Lewis A. Kaplan*
                                                      Lewis A. Kaplan
                                                  United States District Judge