UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
AVION STINSON,

                Plaintiff,

-against-                                        18-cv-0027 (LAK)

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-16-22

### ORDER

LEWIS A. KAPLAN, *District Judge*.

        Plaintiff's time within which to file a list of the witnesses she intends to call and the exhibits she intends to offer is extended to and including April 1, 2022.

        The trial remains set for April 28, 2022 at 9:30 a.m. It will take place in Courtroom **21B**, not 12B as previously indicated.

        Failure to comply with this order may result in the imposition of sanctions, which may be case dispositive. Failure to appear for and proceed to trial also may result in the entry of a case dispositive order.

        The Clerk shall mail a copy of this order to the plaintiff and so note on the docket.

        SO ORDERED.

Dated:      March 16, 2022

                                                                     */s/ Lewis A. Kaplan*
                                                                       Lewis A. Kaplan
                                                            United States District Judge