UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
AVION STINSON,

                Plaintiff,

-against-                                                                    18-cv-0027 (LAK)

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The defendants' motion to adjourn the trial in view of the absence on military service of defendant Lopez is granted.

        Trial shall commence at 9:30 a.m. on May 16, 2023 in Courtroom 21B.

        The Clerk terminate Dkts 174 and 176 and shall mail a copy of this order to the plaintiff and so note on the docket. Any failure by plaintiff to appear and proceed at that time may result in dismissal of the action.

        SO ORDERED.

Dated:      October 24, 2022

                                                      Lewis A. Kaplan
                                               United States District Judge