NOTE TO DOCKET CLERK:
Copies mailed via both Certified (9589 0710 5270 2167 6427 79) and First Class Mail to Avion Stinson, 560 Winthrop Street, Brooklyn, NY 11203

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Avion Stinson, pro se,
             Plaintiff,

  -against-                          18-cv-00027 (LAK)

The City of New York, et al.,
             Defendants.
------------------------------x

                          Order

       The Court has scheduled a conference in this case for June 12, 2024 at 4:00 PM in Courtroom 21B. Plaintiff's failure to appear as scheduled may result in the dismissal of the case.

Dated: May 28, 2024

                                                           Lewis A. Kaplan
                                                   United States District Judge