UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Avion Stinson,

        Plaintiff pro se,

v.

The City Of New York, et al.,

        Defendant.

------------------------------x

18-CV-27 (LAK)

## ORDER

        The Court scheduled the June 12, 2024 conference by Order dated May 28, 2024 (DI 186). Chambers mailed plaintiff two copies of the order, one by First Class Mail, and the second by Certified Mail. A return receipt showing delivery of the copy sent by Certified Mail was returned to Chambers on June 7, 2024 and docketed (DI 187).

        Plaintiff pro se failed to appear as scheduled, whereby counsel for the remaining defendants moved for dismissal of the case for plaintiff's failure to prosecute. The Court granted the motion by oral order. The Clerks Office is directed to close the case at to all remaining defendants.

SO ORDERED.

Dated:    June 13, 2024

                                                  Lewis A. Kaplan
                                            United States District Judge